IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA DUNAGAN,<br><br>                              Plaintiff,<br><br>V.<br><br>MULTNOMAH COUNTY, the governing body of Multnomah County Sheriff's Office and Multnomah County Detention Center,<br><br>                              Defendant. | 3:19-cv-00634-MK<br><br>JUDGMENT |

As per the Stipulated Notice of Voluntary Dismissal (ECF No. 18), this action is dismissed with prejudice and without costs or fees to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 31st day of March 2020.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI<br>
United States Magistrate Judge